IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| HARTFORD UNDERWRITERS INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) | No.: 2-14-0068 |
| ) | |
| v. ) | JURY DEMAND |
| ) | |
| ANDERSON TRUCKING SERVICE, INC. ) and SAMUEL DAVIS PARKS, ) ) | District Judge Kevin H. Sharp |
| Defendants. ) | |

## ~~PROPOSED~~ AGREED ORDER

This matter can before this Honorable Court upon the joint motion for substitution of parties. The Court finds that the motion is well taken and shall be granted. ATS, Inc. shall be substituted as defendant in place of defendant Anderson Trucking Service, Inc., and Anderson Trucking Service, Inc. shall be dismissed without prejudice from the Complaint. The caption of this case shall be amended from this date forward to reflect the substitution of parties and contents of this order. ATS, Inc. shall respond to the Complaint within ten (10) days of the entry of this order.

ENTERED this _____ day of _____, 2014

_____
Kevin H. Sharp
JUDGE



EXHIBIT A

**APPROVED FOR ENTRY:**

LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.

By: /s/Mary Beth Haltom
    Mary Beth Haltom, BPR #024462
    John R. Tarpley, BPR #09661
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366

*Attorneys for defendants Anderson Trucking Service, Inc. and Samuel Davis Parks*

HOWELL & FISHER, PLLC

By: /s/G. Andrew Rowlett
    G. Andrew Rowlett, BPR #016277
    300 James Robertson Parkway
    Court Square Building
    Nashville, TN 37201-1107
    (615) 244-3370

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of August, 2014, a copy of the foregoing AGREED ORDER was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

G. Andrew Rowlett, Esq.
Howell & Fisher, PLLC
300 James Robertson Parkway
Nashville, TN 37201-1107

/s/Mary Beth Haltom
Mary Beth Haltom